UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of THE JOHN BARRON DULEY and PAM MEGONIGAL DULEY JOINT LIVING TRUST, JOHN B. DULEY AND PAM M. DULEY, as the owners of the vessel "WASABI" bearing Official Document Number 630750 and her engines, dinghies, tenders, tackle, equipment, appurtenances, etc, For exoneration from, or limitation of, liability.<br><br>And<br><br>In the Matter of the Complaint of PACIFIC COAST SAILING FOUNDATION, as owner, MICHAEL SEGERBLOM (individually and as guardian *ad litem*), as owner *pro hac vice*, METTE H. SEGERBLOM, as owner *pro hac vice*, and SEAN SEGERBLOM (through his guardian ad litem Michael Segerblom) as owner *pro hac vice* of the vessel MARK L. BIXBY, for Exoneration From or Limitation of Liability,<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>       Claimant,<br><br>   v. | Case No. 8:16-cv-135-JLS-DFM<br>[Consolidated with 8:16-cv-417-JLS]<br><br>**ORDER DISMISSING SAFECO'S CLAIMS WITH PREJUDICE** |

| | |
|---|---|
| 1  JOHN B. DULEY, individually and as Trustee of The John Barron Duley and Pam Megonigal Duley Joint Living Trust; PAM M. DULEY, individually and as Trustee of The John Barron Duley and Pam Megonigal Duley Joint Living Trust; THE JOHN BARRON DULEY AND PAM MEGONIGAL DULEY JOINT LIVING TRUST; McKENNA DULEY; PACIFIC COAST SAILING FOUNDATION, a California Corporation; SEAN SEGERBLOM, a minor, by and through his guardian ad *litem* Michael H. Segerblom; MICHAEL H. SEGERBLOM; METTE H. SEGERBLOM; GARY FRANKLIN HAYDEN; DIANNE MARIE HAYDEN; PETER LESSER HARRIS; JANET CAROL HARRIS; KELLY WELLS; and ACE AMERICAN INSURANCE COMPANY, Respondents. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Having reviewed and considered the Stipulated Request for Dismissal, and good cause appearing therefore, the Court orders that Safeco's Claims, filed as ECF Nos. 45 and 46 in these consolidated Limitation of Liability Actions, are dismissed, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his, her, or its own fees and costs.

Dated: October 05, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE